**FOR PUBLICATION**

```
         IN THE DISTRICT COURT OF THE VIRGIN ISLANDS
              DIVISION OF ST. THOMAS AND ST. JOHN

                                      )
UNITED STATES OF AMERICA and the      )
PEOPLE OF THE VIRGIN ISLANDS,         )
                                      )
          Plaintiffs,                 )   Criminal No. 2008-45
                                      )
          v.                          )
                                      )
GLEN LEWIS a/k/a GLENNDON LEWIS,      )
                                      )
          Defendant.                  )
_____)
```

**ATTORNEYS:**

**Everard E. Potter, AUSA**
St. Thomas, U.S.V.I.
    *For the plaintiffs.*

**Jesse A. Gessin, AFPD**
St. Thomas, U.S.V.I.
    *For the defendant.*

<u>ORDER</u>

**GÓMEZ, C.J.**

    Before the Court is the motion of the defendant, Glen Lewis a/k/a Glenndon Lewis, to dismiss the indictment. For the reasons more fully stated in the Memorandum Opinion of even date, it is hereby

*United States, et al. v. Lewis*
Criminal No. 2008-45
Order
Page 2

**ORDERED** that the motion is **DENIED**.

S_____
 **CURTIS V. GÓMEZ**
 **Chief Judge**